| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>JUSTIN J. GILIO |
| 3 | Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC FRANCISCO MERCADO, et al.,<br><br>Defendants. | Case No. 1:19-cr-00248-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for February 3, 2020, at 1:00 p.m. be continued to **February 24, 2020, at 12:30 p.m. in Courtroom 3** and time continue to be excluded through that same date.

On November 22, 2019, the Honorable Magistrate Judge Stanley A. Boone scheduled a status conference in the above-captioned case for February 3, 2020, before the Honorable Magistrate Judge Sheila K. Oberto. Time was ordered excluded through that date. On November 22, 2019, the United States filed a motion of related cases relating the above-captioned case and the following cases: 1:19-CR-00145-DAD-BAM and 1:19-CR-00143-DAD-BAM. Both of those related cases had been assigned to the Honorable District Judge Dale A. Drozd and the Honorable Magistrate Judge Barbara A. McAuliffe. On December 2, 2019, the Honorable Chief Judge Lawrence J. O'Neill signed an order reassigning the above-captioned

case to the Honorable District Judge Dale A. Drozd and the Honorable Magistrate Judge Barbara A. McAuliffe.

The related cases (1:19-cr-00145-DAD-BAM and 1:19-CR-00143-DAD-BAM) currently have a status conference set for February 24, 2020, at 12:30 p.m. before the Honorable Magistrate Judge Barbara A. McAuliffe. Being that the parties now need a status conference before the reassigned Magistrate Judge, and being that they would prefer to set the status at the same date and time as the related cases, the parties stipulate to a continuance of the status conference from February 3, 2020, at 1:00 p.m. to **February 24, 2020, at 12:30 p.m**. **in Courtroom 3.**

Counsel for defendants MERCADO and MORENO continue to need additional time to conduct further investigation, including a thorough review of the thousands of pages of discovery and hundreds of hours of media evidence. Thus, the parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED:  December 3, 2019    */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

DATED: December 3, 2019    */s/ John Alan Meyer*
JOHN ALAN MEYER
Attorney for Defendant Eric Mercado

DATED: December 3, 2019    */s/ Galatea DeLapp*
GALATEA DELAPP
Attorney for Defendant Jose Moreno

**O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for February 3, 2020, at 1:00 p.m. is hereby continued to **February 24, 2020, at 12:30 p.m. in Courtroom 3 before Magistrate Judge Barbara A. McAuliffe**. The time period between February 3, 2020, and February 24, 2020, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), for the reasons provided in the parties' stipulation, as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**December 13, 2019**__         /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE